**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MUSTAFA AWAD, ) | |
| TDCJ-ID # 1017355, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:14-CV-4308-N-BH |
| ) | |
| JOHN DOE, ) | |
|     Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

**SIGNED** this 14th day of January, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff Mustafa Awad has filed documents construed as written objections on December 30, 2014, and supplemental objections on January 9, 2015. In the objections, plaintiff Mustafa Awad writes on the first page "My life is in danger - yes this is very dangerous to my life . . . and that in the short term and long term - it's dangerous to my life situation." (Objections at 1, doc. 5.) The balance of the 13 pages of handwritten objections, however, is run-on and incomplete sentences and scribbling that is not understandable or discernable. Likewise, the supplemental objections consist of 22 pages of handwritten material that is not understandable or discernable. Attempted review of these papers does not show any claim by Plaintiff of specific facts that he is presently under "imminent danger of serious physical injury" from any person or situation in his present place of confinement. The objections are overruled.